Marc V. Kalagian
Attorney at Law:  149034
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff
Jack Tossman

*E-FILED 5/11/2009*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JACK   TOSSMAN,<br><br>        Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant | Case No.: C06-04992 HRL<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of $3,000.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   May 11, 2009

_____
THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

-1-